**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

EDWIN JOSE RODRIGUEZ,

    Petitioner

v.

KRISTI NOEM, et al.,

    Respondents

Case No.: 2:26-cv-00531-APG-NJK

**Order Closing Case**

In light of my order granting the petitioner's petition for writ of habeas corpus and ordering a bond hearing (ECF No. 10) and the respondents' status report stating that the petitioner has been released on bond (ECF No. 11),

I ORDER the clerk of court to close this case.

DATED this 14th day of April, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE